## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DONALD E. TUOMI, ADMINISTRATOR OF THE ESTATE OF MARGARET C. TUMOI, DECEASED

v.

EXTENDICARE, INC., EXTENDICARE HEALTH FACILITIES, INC., D/B/A HAVENCREST NURSING CENTER, EXTENDICARE HEALTH FACILITY HOLDINGS, INC., EXTENDICARE HEALTH SERVICES, INC., EXTENDICARE HEALTH NETWORK, INC., EXTENDICARE HOLDINGS, INC., KATHLEEN GASTAN, AN INDIVIDUAL; KENRIC MANOR FAMILY LIMITED PARTNERSHIP D/B/A/ KENRIC MANOR

PETITION OF: EXTENDICARE, INC., EXTENDICARE HEALTH FACILITIES, INC., D/B/A HAVENCREST NURSING CENTER, EXTENDICARE HEALTH FACILITY HOLDINGS, INC., EXTENDICARE HEALTH SERVICES, INC., EXTENDICARE HEALTH NETWORK, INC., EXTENDICARE HOLDINGS, INC.

: No. 281 WAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the **Published Opinion and Order** of
: the Superior Court at No. 865 WDA
: 2014, at 119 A.3d 1030 (Pa. Super.
: 2015) entered on June 18, 2015,
: **affirming** the Order Entered of the
: Washington County Court of Common
: Pleas at No. 2013- 1583 entered on
: April 24, 2014

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**, and the matter is

**REMANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.*, ___ A.3d ___, 2016 WL 5630669 (Pa. Sept. 28, 2016).

Justice Wecht did not participate in the consideration or decision of this matter.